**FILED**
CLERK, U.S. DISTRICT COURT

Oct. 29, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: CR DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY DIX, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Tristar Products, Inc., and DOES 1 through 10, inclusive,<br><br>Defendants. | No.: 2:14-cv-04705-SVW-PLA<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41**<br><br>Assigned to The Honorable Stephen Wilson |

1  **ORDER**

2  The parties' joint stipulation of dismissal with prejudice is hereby GRANTED.
3  Each party to bear its own costs.

4

5  **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH**
6  **PREJUDICE**.

7

8  Dated: October 29, 2014

9  Honorable Stephen V. Wilson, Judge
   United States District Court

– 1 –

[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION